AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

Kaleb Latimer

*Defendant*

)
)
)
)
)
)
)

Case No. 7:19-CR-198(01)

**1:20-MJ-131-ML**

*RECEIVED NOV 04 2019 U.S. MARSHALS SERVICE MIDLAND, TX*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kaleb Latimer                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment       ☐ Information      ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Defendant failed to abide by conditions of Supervised Release.

Date:   11/04/2019

_____
*Issuing officer's signature*

City and state:   Midland, Texas

S. Enriquez, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* _____ *Printed name and title* |

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### Western District of Texas

## Petition for Warrant or Summons for Offender Under Supervision

**1:20-MJ-131-ML**

Name of Offender:  Kaleb Latimer                                             Case Number: 7:19CR00198-001

Name of Sentencing Judicial Officer:  Honorable Ron Clark, U.S. District Judge

Date of Original Sentence:  October 28 2014

Original Offense:   Assault Resulting in Serious Bodily Injury, in violation of 18 U. S. C. § 113(a)(6)

Original Sentence:  44 months imprisonment; 3 years supervised release

Type of Supervision:  Supervised Release           Date Supervision Commenced:  March 13, 2019

Assistant U.S. Attorney:  Mr. Christopher Tony Tortorice   Defense Attorney:   Mr. Robert A. Morrow III

---

### PREVIOUS COURT ACTION

On August 29, 2019, this case was transferred from the Eastern District of Texas - Beaumont Division in cause number 1:13CR00082-002 to the Western District of Texas - Midland/Odessa Division in cause number 7:19CR00198-001.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime." |
| 2 | "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician." |
| 3 | "The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by his probation officer." |

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____ Deputy

On June 21, 2019, the defendant reported to CelMar counseling for a code-a-phone urinalysis which tested positive for methamphetamine.

On July 13, 2019, the Midland Police Department conducted a traffic stop on a black Cadillac passenger car. The driver was identified as Henry William Shelton and the passenger was identified as the defendant. During the pat down of Shelton, a blue plastic baggie was found with crystal/rocky substance believed to be methamphetamine. While searching the vehicle more crystal/rocky substance was found. Shelton and the defendant were arrested for possession of a controlled substance. The crystal/rocky substance was tested and showed positive for methamphetamine. Approximately 2.9 grams all together. Henry William Shelton is a convicted felon and the defendant did not have permission to associate with him.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.   (Maximum penalty: __24__ months imprisonment; __36__ months supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

Approved by:                                                  Respectfully submitted by:

_____                                       _____
Steven M. Moreno                                              Bryan Furman
Supervising U.S. Probation Officer                            U.S. Probation Officer
Telephone: (432) 685-0312                                     Telephone: (432) 685-0326
                                                              Date:   November 1, 2019

/bmf

cc: Brandi Young, AUSA
    Javier Ceniceros, ADCUSPO

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

_____
Honorable David Counts
U.S. District Judge

November 4, 2019
Date